[No. 22947-8-I. Division One. January 8, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. DAVID J. STAAL, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00465-4, John E. Rutter, Jr., J., entered September 19, 1988. *Reversed* by unpublished per curiam opinion.

[No. 22308-9-I. Division One. January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ALAN SCHWENDEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03948-6, Stephen M. Reilly, J., entered May 11, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson, J., and Revelle, J. Pro Tem.

[No. 22016-1-I. Division One. January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WADE MITCHELL ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-04176-6, Donald D. Haley, J., entered March 18, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson, J., and Revelle, J. Pro Tem. Now published at 57 Wn. App. 134.